# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

---

### Request for Modifying the Conditions or Term of Supervision
### from the Person Under Supervision
*(Probation Form 49, Waiver of Hearings is Attached)*

---

**Person Under Supervision**
Artin Sarkissians

**Docket Number**
0971 3:15CR00234-035 CRB

**Name of Sentencing Judge:** The Honorable Charles R. Breyer
Senior United States District Judge

**Date of Original Sentence:** April 19, 2024

**Original Offense:** Count One: Racketeering Conspiracy, 18 U.S.C. § 1962(d), a Class C Felony,
Count Two: Conspiracy to Commit Identify Theft, 18 U.S.C. § 1028(f), a Class C Felony,
Count Four: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349, a Class B Felony.

**Original Sentence:** Time served; two years supervised release.
**Special Conditions:** You must not maintain a position of fiduciary capacity without the prior permission of the probation officer; $12,500 fine; $300 special assessment; You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer; access to any financial information; You must not have contact with any codefendant in this case, namely Ara Karapedyan, Mihran Stepanyan, Artur Stepanyan, Gevork Ter-Mkrtchyan, Khachig Geuydjian, Arman Petrosyan, Maxwell Starsky, Sevak Gharghani, Jean Dukmajian, Karine Dukmajian, Angela Dukmajian, Arman Danielian, Asatour Magzanyan, Tigran Sarkisyan, Hripsime Katchtryan, Loui Artin, Arman Zargaryan, Dimitriy Kustov, Michael Inman, Artur Nazaryan, Hugo Marquez, Cheryl Barndt, Eric Figueroa, Marc Asheghian, Michael Asheghian, David Jess Miller, Yan German, Alexander Soliman, Stanley Azrilyan, Ararat Yesavan, and Ilia Nalbans; and search/seizure.

**Prior Form(s) 12:** Not applicable.

**Type of Supervision**
Supervised Release
**Assistant U.S. Attorney**
Andrew Frederick Dawson, Claudia Quiroz,
David Countryman, Stephen Meyer
**Defense Counsel**
Mieke ter Poorten (Retained)

**Date Supervision Commenced**
April 19, 2024

RE:  Sarkissians, Artin                                                                    2
      0971 3:15CR00234-035 CRB

---

### Petitioning the Court

To modify the conditions of Supervised Release as follows:

1. Shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. Artin Sarkissians shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

2. As directed by the Probation Officer, Artin Sarkissians shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The offender shall provide payment and proof of payment as directed by the Probation Officer. If Artin Sarkissians has no ability to pay, no payment shall be required.

3. As directed by the Probation Officer, Artin Sarkissians shall reside at, participate in, and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether he has reverted to the use of drugs or alcohol; and he shall observe the rules of that facility.

4. The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate Artin Sarkissians treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

5. Artin Sarkissians shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed eight tests.

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe the person under supervision violated the mandatory condition he must refrain from any unlawful use of a controlled substance. |
| | On May 2, 2024, Mr. Sarkissians self-reported to his probation officer that he consumed opiates without a prescription, Based on the admission of use, a urine specimen was collected. Lab results returned positive for oxycodone. |
| | Evidence in support of this charge includes the signed Central District of California Admission Report dated May 2, 2024, and the lab results dated May 7, 2024. |

RE:   Sarkissians, Artin                                                                              3
        0971 3:15CR00234-035 CRB

Mr. Sarkissians is currently being supervised by the Central District of California. On May 2, 2024, the client admitted to using opiates and a urine specimen was collected. The lab results confirmed the test was positive for oxycodone. Mr Sarkissians was upfront with his drug usage and wishes to seek treatment with the assistance of probation. A plan was completed for the client to enter a detox and transition to a residential treatment facility. A Waiver of Hearing is attached.

Respectfully submitted,                          Reviewed by:

_____        _____
Gina Muzio                                       Jennifer Hutchings
U.S. Probation Officer                           Supervisory U.S. Probation Officer
Date Signed: May 30, 2024

---

THE COURT ORDERS:

XX          To modify the conditions of supervision as follows:

1.  Shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. Artin Sarkissians shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

2.  As directed by the Probation Officer, Artin Sarkissians shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision. The offender shall provide payment and proof of payment as directed by the Probation Officer. If Artin Sarkissians has no ability to pay, no payment shall be required.

3.  As directed by the Probation Officer, Artin Sarkissians shall reside at, participate in, and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether he has reverted to the use of drugs or alcohol; and he shall observe the rules of that facility.

4.  The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treatment provider to facilitate Artin Sarkissians treatment for narcotic addiction or drug dependency. Further

**RE:**   Sarkissians, Artin                                                                                                4
          0971 3:15CR00234-035 CRB

rediscloure of the Presentence Report by the treatment provider is prohibited
without the consent of the sentencing judge.

5.   Artin Sarkissians shall refrain from any unlawful use of a controlled
     substance. The offender shall submit to one drug test within 15 days of release
     on supervised release and at least two periodic drug tests thereafter, not to
     exceed eight tests.

☐   Submit a request for a warrant

☐   Submit a request for summons

☐   Other:

_____June 3, 2024_____                          _____
Date                                              Charles R. Breyer
                                                  Senior United States District Judge

PROB 49
(3/89)

# United States District Court

Northern _____ **District** California _____

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Artin Sarkissians, as a special condition of supervision, shall participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer. Artin Sarkissians shall abstain from using alcohol and illicit drugs, and from abusing prescription medications during the period of supervision.

As directed by the Probation Officer, Artin Sarkissians shall pay all or part of the costs of the Court-ordered treatment to the aftercare contractors during the period of community supervision.  The offender shall provide payment and proof of payment as directed by the Probation Officer.  If Artin Sarkissians has no ability to pay, no payment shall be required.

As directed by the Probation Officer, Artin Sarkissians shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation & Pretrial Services Office, that includes testing to determine whether he has reverted to the use of drugs or alcohol; and he shall observe the rules of that facility.

The Court authorizes the Probation & Pretrial Services Office to disclose the Presentence Report to the substance abuse treament provider to facilitate Artin Sarkissians treatment for narcotic addiction or drug dependency. Further redisclosure of the Presentence Report by the treatment provider is prohibited without the consent of the sentencing judge.

Artin Sarkissians shall refrain from any unlawful use of a controlled substance.  The offender shall submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, not to exceed eight tests.

Witness _____
U.S. Probation Officer

Signed _____
Probationer or Supervised Release

_____
5/2/24
Date